■

### COM.
v.
### WILLIAMS, V.
### 1223 WDA 2012

Superior Court of Pennsylvania.

04/20/2017

2003–04687
CP–02–CR–0017550–2002
(Allegheny)

Affirmed

■

### COM.
v.
### WILLIAMS, D.
### 1619 WDA 2015

Superior Court of Pennsylvania.

04/20/2017

CP–02–CR–0011188–2013 (Allegheny)

Affirmed

■

### Dillon McCandless KING
v.
### RUPERT, J.
### 1648 WDA 2015

Superior Court of Pennsylvania.

04/20/2017

No. 12–10019
(Butler)

Affirmed

■

### COM.
v.
### WILLIAMS, V.
### 844 WDA 2016

Superior Court of Pennsylvania.

04/20/2017

CP–02–CR–0017550–2002 (Allegheny)

Affirmed

